**Dismiss and Opinion Filed December 17, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01483-CV

### CITY OF SACHSE, Appellant

### V.

### DAN WOOD, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-00218-M**

## MEMORANDUM OPINION

Before Justices Fillmore, Myers, and Whitehill
Opinion by Justice Myers

Pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), appellant has filed a motion

stating it does not wish to proceed with the appeal and requesting the appeal be dismissed. *See*

TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*, 43.2(f).


/Lana Myers/
LANA MYERS
JUSTICE

151483F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

CITY OF SACHSE, Appellant

No. 05-15-01483-CV        V.

DAN WOOD, Appellee

On Appeal from the 298th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-12-00218-M.
Opinion delivered by Justice Myers. Justices Fillmore and Whitehill participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** appellee Dan Wood recover his costs, if any, of this appeal from appellant City of Sachse.

Judgment entered this 17th  day of December, 2015.